**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No.: 1:23-cv-01463

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and DAVID B. WHEELER, an individual, North Carolina resident;
Plaintiffs

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and JOHN DOES (1-25);
Defendants.

_____

**NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS**
_____

COME NOW PLAINTIFFS DAVID B. WHEELER an individual and AMERICAN MUCKRAKERS PAC, INC. a North Carolina nonprofit corporation (collectively "Plaintiffs") by and through their attorney ERNST LEGAL GROUP LLC on June 13, 2023, to conventionally submit exhibits to their above-captioned Complaint by depositing a thumb-drive with the Clerk's Office at 901 19th St, Ste 105A, Denver, CO 80294, containing the following Exhibits referenced in their Complaint [a courtesy copy of these exhibits was contemporaneously transferred to Defendant's attorney via online WeTransfer data-transfer service]:

Exh A - NC case filings

Exh B - Defending Congresswoman Boebert - June 16th, Hour 3

Exh C1 - Am Muck Press Release - Boebert Abortion and Paid Escort 06-14-22

Exh C2 - First Posting of Abortion Allegations

Exh C3 - sugardaddyforme lauren boeberts mom

Exh C4 - 16_50-Meet Southernbrn - A 52-Year-Old SugarBaby in Spring Texas

Exh D1 - Cindy after meeting with Katie and Sandy full story

Exh D1.1 - Post Katie Meeting PT II

Exh D2 -  Cindy provides information

Exh D3 - Cindy-Lee-Obrien-breakfast

Exh D4 - First call with Cindy

Exh D5 - Cindy Obrien Text Messages with DBW

Exh D6 - Twitter IMs OBrien & DBW

Exh D7 - Tweets about Boebert Escort

Exh D8 - Boebert Meth 2020

Exh D9 - 2022-11-05 post on Twitter @AngelaBelcamino

Exh D10 - 2022-11-05 post on Twitter @johnaddams2022

Exh D11 - 2022-11-05 JEWISH SPACE LASER Captain Count De Monet on Twitter

Exh D12 - 2022-11-05 post on Twitter @laurenboebert

Exh D-13 - 2022-11-05 post on Twitter_ _Lauren Boebart had two abor

Exh D14 - 2022-11-05 on Twitter_ _@laurenboebert

Exh D15 - 2022-11-05 on Twitter_ _@laurenboebert You were pre

Exh D16 - 2022-11-05 on Twitter_ _@laurenboebert You were pre2

Exh D17 - 2022-11-05 on Twitter_ _@laurenboebert @TIME Lauren

Exh D18 - 2022-11-05 on Twitter_ _@laurenboebert @TIME It's

Exh D19 - 2022-11-05 on Twitter_ _@RepBoebert How many CPS ch

Exh D20 - 2022-11-05 on Twitter_ _@SenTedCruz How many aborti

Exh D21 - 2022-11-05 on Twitter_ _Lauren Boebart had two abor

Exh D22 - 2022-11-05 on Twitter_ _@laurenboebert You were pre3

Exh D31 - 2022-11-05  boebert abortion high school - Twitter Search _ Twitter

Exh D32 - 2022-11-05 Hippie chic on Twitter @laurenboebert had an abortion in high

school

Exh D33 - 2022-11-05 4nak8tr on Twitter @laurenboebert Did you disclose your rumoured

Abortion

Exh E - Judith IMs with Cindy

Exh F1 - Jessica Spaulding

Exh F2 - Jessica Spaulding II

Exh F3

Exh G - Josh Bartlett

Exh H - Boebert on Hannity on Fox News

Exh I1 - Fox News Comment Request

Exh I2 -- Dante Maza

Exh I3 - Dante Maza email

Exh I4

Exh I5

Exh I6 - American Muckrakers PAC Inc. Mail - Re_ Fox News Comment Request

Exh J1 - GOP Rep. Lauren Boebert initiates legal action against PAC over sugar daddy

allegations _ Washington Examiner1

Exh J2 - American Muckrakers PAC, Inc. Mail - Re_ Inquiry_ Lauren Boebert photos

Exh J3 - American Muckrakers PAC Inc. Mail - Our quote to Boebert Lawyer Letter

Exh J4 - Lauren Boebert denies 'vile' escort, abortion claims, vows legal action against PAC - Washington Times

Exh J5 - American Muckrakers PAC Inc. Mail - Re_ Daily Caller Information and Interview Request

Exh J6 - FoxNews.com Lauren Boebert taking legal action over Dem PAC_s _false and disgusting claims_ that she was _paid escort

Exh J7 - Newsweek - Lauren Boebert Says 'Facts Will Be Released' To Disprove 'Sexist' Rumors

Exh K - Tomi Lahren Fox

Exh L1 – Voicemail

Exh L2 – Email

Exh L3 - threatening audio

Exh M - Pueblo Chieftian Lauren Boebert wants to sue American Muckrakers after allegations

Exh N1 - Tori Hooper full audio

Exh N2 - Hooper DBW texts

Exh N3 - FireBoebert Press Release on Boebert Drunk Driving Accident June 15 2022-1

Exh Q1 - 2022-11-05 on Twitter_ _@laurenboebert @TIME Lauren

Exh Q2 - 2022-10-26 Lauren Boebert For Congress (@laurenboebert) • Instagram photos and videos

Exh R5 - Boebert_ Abortion, escort allegations 'patently false' _ Western Colorado _ gjsentinel.com

Exh R6 - The Hill - Emily Brooks - Boebert taking legal action over 'outlandish' claims

Exh R7 - Rep. Lauren Boebert to take legal action against American Muckrakers PAC for claims it made about her _ Colorado Public Radio

Exh T - Boebert Wheeler Defamation media search

RESPECTFULLY SUBMITTED THIS 13TH DAY OF JUNE, 2023

By:  */s Dan Ernst*_____
Dan Ernst, Esq. Colo Bar #53438
ERNST LEGAL GROUP LLC
217 E. 7th Ave.
Denver, CO 80203
(720) 798-3667
Dan@ernstlegalgroup.com
*Attorneys for Plaintiff*