# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01463-RMR-SKC

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and
DAVID B. WHEELER, an individual, North Carolina resident,

    Plaintiffs,

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and
JOHN DOES (1-25),

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the Clerk of Court and All Parties of Record:

    I hereby certify that I am a member in good standing of the Bar of this Court, and I appear in this case as counsel for Defendant Lauren Opal Boebert.

    DATED: August 2, 2023.

    Respectfully submitted,

*s/ Andrew Nussbaum*
Andrew Nussbaum
Nussbaum Gleason PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
Phone: (719) 428-2386
Email: andrew@nussbaumgleason.com