IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01463-RMR-SKC

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and
DAVID B. WHEELER, an individual, North Carolina resident,

      Plaintiffs,

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and
JOHN DOES (1-25),

      Defendants.

**Defendant Lauren Boebert's Stipulated Extension of Time to Respond to the Complaint**

Pursuant D.C.COLO.L CivR 6.1(a), Defendant Lauren Boebert files this stipulated extension of time to answer or otherwise respond to Plaintiffs' complaint.

1. The current deadline to answer or otherwise respond to the complaint is August 8, 2023.

2. Under D.C.COLO.L CivR 6.1(a), the parties may stipulate to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of Civil Procedure.

3. The parties have stipulated to a one-week extension of time, up to and including August 15, 20233.

DATED: August 2, 2023.

                                                                                                          Respectfully submitted,
                                                                                                         *s/ Andrew Nussbaum*
                                                                                                         Andrew Nussbaum
                                                                                                         Nussbaum Gleason PLLC
                                                                                                         2 N. Cascade Ave., Suite 1430
                                                                                                         Colorado Springs, CO 80903
                                                                                                         Phone: (719) 428-2386
                                                                                                         Email: andrew@nussbaumgleason.com