**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01463-RMR-SKC

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and
DAVID B. WHEELER, an individual, North Carolina resident,

    Plaintiffs,

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and
JOHN DOES (1-25),

    Defendants.

**ENTRY OF APPEARANCE**

To the Clerk of Court and All Parties of Record:

    I hereby certify that I am a member in good standing of the Bar of this Court, and I appear in this case as counsel for Defendant Lauren Opal Boebert.

    DATED: August 2, 2023.

                                          Respectfully submitted,

                                          *s/ Edward A. Gleason*
                                          Edward A. Gleason
                                          Nussbaum Gleason PLLC
                                          2 N. Cascade Ave., Suite 1430
                                          Colorado Springs, CO 80903
                                          Phone: (719) 428-2386
                                          Email: ed@nussbaumgleason.com