# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01463-RMR-SKC

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and
DAVID B. WHEELER, an individual, North Carolina resident,

    Plaintiffs,

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident,
and JOHN DOES (1-25),

    Defendants.

## ENTRY OF APPEARANCE

To the Clerk of Court and All Parties of Record:

    I hereby certify that I am a member in good standing of the Bar of this Court, and I appear in this case as counsel for Defendant Lauren Opal Boebert.

    DATED: August 3, 2023.

                                          Respectfully submitted,

                                          *s/*Suzanne Taheri
                                          Suzanna Taheri
                                          West Group
                                          6501 E. Belleview Ave, Suite 375
                                          Denver, CO 80111
                                          Phone: (303) 218-7150
                                          Email: ST@westglp.com