IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-01463-RMR-SKC

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and
DAVID B. WHEELER, an individual, North Carolina resident,

    Plaintiffs,

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and
JOHN DOES (1-25),

    Defendants.

---

**Defendant Representative Lauren Boebert's <u>Unopposed</u> Extension of Time to Respond to the Complaint**

---

Defendant Representative Lauren Boebert, by her undersigned attorneys, respectfully moves the Court for an extension of time to answer or otherwise respond to Plaintiffs' complaint up to an including August 29, 2023.

1. The original deadline for Representative Boebert to answer or otherwise respond to the complaint was August 8, 2023.

2. On August 2, 2023, the Court Granted the parties' stipulated extension of time under D.C.COLO.L CivR 6.1(a), permitting Rep. Boebert to respond to the complaint up to and including August 15, 2023.

3. On August 9, and pursuant to the Court's Civil Practice Standard 7.1B(b), undersigned contacted counsel for Plaintiffs to set up a time to meet and confer regarding a motion to dismiss and other motions Rep. Boebert intends to file. Counsel for Plaintiffs responded today that he is

unavailable to meet and confer until next week, and the parties have set a time to do so for Thursday, August 17.

4. In light of the need to comply with the Court's requirement to meaningfully meet and confer and the parties' unavailability to do so until next Thursday, Defendant respectfully moves for an extension of time to file her motion to dismiss up to and including August 29 to address any issues that can be resolved without Court involvement. Further, D.C.COLO.L CivR 6.1(a) permits the parties to stipulate to one extension of time for any filing up to 21 days. The Parties' original stipulation was only for seven days. 21 days would have been August 29.

5. Undersigned has conferred with counsel for Plaintiffs regarding the relief requested. Plaintiffs do not oppose the relief requested.

6. For good cause shown, Defendant respectfully moves the Court for an extension of time to answer or otherwise respond to Plaintiffs' complaint up to an including August 29, 2023.

DATED: August 11, 2023.

Respectfully submitted,
*s/ Andrew Nussbaum*
Andrew Nussbaum
Edward A. Gleason
Nussbaum Gleason PLLC
2 N. Cascade Ave., Suite 1430
Colorado Springs, CO 80903
Phone: (719) 428-2386
Email:  andrew@nussbaumgleason.com
          Ed@nussbaumgleason.com

Suzanna Taheri
West Group
6501 E. Belleview Ave, Suite 375
Denver, CO 80111
Phone: (303) 218-7150
Email: ST@westglp.com
*Attorneys for Rep. Boebert*