IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-01463-RMR-KAS

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and
DAVID B. WHEELER, an individual, North Carolina resident,

    Plaintiffs,

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and
JOHN DOES (1-25),

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KATHRYN A. STARNELLA**

    This matter is before the Court on the **Unopposed Motion for Extension of Time** [#27] (the "Motion") filed by Representative Boebert on behalf of Plaintiffs. The Motion notes that defense counsel received an email from Plaintiffs' counsel explaining a serious illness and requesting that a motion for extension of time be filed on Plaintiffs' behalf. *Id.* at 1. The Motion thus requests an extension of time, from September 19 to September 29, 2023, for Plaintiffs to respond to Defendants' Special Motion to Dismiss Under Colorado's Anti-Slapp Statute. *Id.* Finding good cause given the illness of Plaintiff's counsel,

    IT IS HEREBY **ORDERED** that the Motion [#27] is **GRANTED**. Plaintiffs have up to and including **September 29, 2023**, to respond to the Motion to Dismiss.

    Dated: September 12, 2023