IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathryn A. Starnella**

| | |
|---|---|
| Civil Action: 23-cv-1463-RMR-KAS | Date: October 5, 2023 |
| Courtroom Deputy: Laura Galera | FTR – Courtroom C204 |

*Parties:*

AMERICAN MUCKRAKERS, PAC, INC., ET AL.,

   Plaintiffs,

v.

LAUREN OPAL BOEBERT,

   Defendant.

*Counsel:*

Dan Ernst (by video conference)

Andrew Nussbaum
Suzanne Taheri

## COURTROOM MINUTES

**MOTION HEARING**

**Court in session: 1:32 p.m.**

Court calls case. Appearances of counsel.

Argument by Mr. Nussbaum and Mr. Ernst as to Representative Lauren Boebert's Motion to Dismiss Under F.R.C.P. 12(b)(6) and/or Special Motion to Dismiss Under Colorado's Anti-Slapp Statute [Dkt. #15].

Mr. Nussbaum notes that Representative Lauren Boebert's Motion to Dismiss Under F.R.C.P. 12(b)(6) and/or Special Motion to Dismiss Under Colorado's Anti-Slapp Statute [Dkt. #17] was filed in error.

For the reasons as stated on the record it is:

**ORDERED:**  Representative Lauren Boebert's Motion to Stay Discovery [Dkt. #26] is DENIED.

**ORDERED:**  Representative Lauren Boebert's Motion to Dismiss Under F.R.C.P. 12(b)(6) and/or Special Motion to Dismiss Under Colorado's Anti-Slapp Statute [Dkt. #17] is STRICKEN due to counsel's representation that it was filed in error.

**ORDERED:**  Representative Lauren Boebert's Motion to Dismiss Under F.R.C.P. 12(b)(6) and/or Special Motion to Dismiss Under Colorado's Anti-Slapp Statute [Dkt. #15] is TAKEN UNDER ADVISEMENT.

**ORDERED:**  Plaintiff shall file a Motion for Leave to Amend Complaint **no later than October 19, 2023.**

Hearing concluded.

**Court in recess:**     2:59 p.m.

Total time in court:     01:27

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.