EXHIBIT B

| ☐ Municipal Court ☒ County Court ☐ District Court ☐ Denver Juvenile ☐ Denver Probate<br>Garfield County, Colorado<br>Court Address: 109 8th street<br>Glenwood Springs, CO 801601 | |
|---|---|
| Petitioner: Lauren Boebert<br><br>v.<br><br>Respondent: David Wheeler<br>_____ | DATE FILED: June 23, 2022 4:51 PM<br>CASE NUMBER: 2022C30220<br><br>▲  **COURT USE ONLY**  ▲<br>Case Number:<br><br>16 Character #:<br>_____<br><br>Division          Courtroom |
| **CITATION AND TEMPORARY CIVIL PROTECTION ORDER**<br>**ISSUED PURSUANT TO §13-14-104.5, C.R.S.** | |

| Full Name of Restrained Person<br>☐ Protected Person alleges Weapon Involved | Date of Birth | Sex | Race | Weight | Height | Hair Color | Eye Color |
|---|---|---|---|---|---|---|---|
| David Wheeler | 03/1965 | ☒ M<br>☐ F | C | unk | unk | Red | unk |

| Full Name of Protected Person | Date of Birth | Sex | Race | Full Name of Protected Person | Date of Birth | Sex | Race |
|---|---|---|---|---|---|---|---|
| Lauren Boebert | 12/19/1986 | F | C | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**CITATION TO THE RESTRAINED PERSON:**
You are ordered to appear and show cause, if any, why this Temporary Protection Order should not be made Permanent. The next hearing is _____ (date) at _____ (time) at the court address above in Courtroom ____. If the Restrained Person fails to appear at this hearing, a bench warrant may be issued for the arrest of the Restrained Person and the Temporary Protection Order previously entered by the Court shall be made permanent without further notice or service upon the Restrained Person. This Temporary Protection Order expires at the conclusion of the Hearing date stated above unless continued to another date or made a Permanent Order of the Court.

**PROTECTION ORDER:**
**The Court finds** that it has jurisdiction over the parties and the subject matter; that David Wheeler (Restrained Person) constitutes a credible threat, that an imminent danger exists to the life and health of the Protected Persons named in this action, and sufficient cause exists for the issuance of a Civil Protection Order.

**The Court Orders that you, the Restrained Person** shall not contact, harass, stalk, injure, intimidate, threaten, touch, sexually assault, abuse, or molest the Protected Persons named in this action, or harm, take, transfer, conceal, dispose of or threaten harm to an animal owned, possessed, leased, kept or held by any protected party, or a minor child of any other party, or otherwise violate this Order. You shall not use, attempt to use, or threaten to use physical force against the Protected Persons that would reasonably be expected to cause bodily injury. You shall not engage in any conduct that would place the Protected Persons in reasonable fear of bodily injury.

**Case Name** ___Lauren Boebert__ v. _____David Wheeler ___ Case Number: _____

EXHIBIT B

**1.** *Contact.*

It is ordered that you, the Restrained Person, **shall have no contact of any kind** with the Protected Persons and you shall not attempt to contact said Protected Persons through any third person, except your attorney, ☒**except as follows:**

Court appearances

---

**A violation of a Protection Order is a crime and may be prosecuted as a misdemeanor, municipal ordinance violation, or a delinquent act (if committed by a juvenile) pursuant to §18-6-803.5, C.R.S., and municipal ordinance.**

---

**2.** *Exclusion from places.*

**You must keep a distance of at least    100    yards from the Protected Persons, where ever they may be found.**

It is ordered that you be excluded from the following places and shall stay at least 100 yards away from the following places: (Specify the address(es) where the Protected Persons reside, work or attend school.)

☒ The Protected Person has requested that the address be omitted from the written order of the Court, including the Register of Actions.

❑ Home: _____

☒ Work:   Name: Shooters Grill Address: 120 E 3rd St Unit C, and Rifle, CO 81650-2348; and Rep. Lauren Boebert Congressional Offices
Address: 503 N. Main Pueblo, CO  81003; 743 Horizon Court Grand Junction, CO; 835 E. 2nd Ave. Durango, CO 81301   81506

❑ School:  Name: _____ Address: _____

❑ Other: _____

❑ Exceptions: _____

**You may not remain in or return to any of the above locations after you receive this Order.  You are permitted to return to a shared residence one time to obtain sufficient undisputed personal effects to maintain a normal standard of living until the next hearing date ONLY if you are accompanied at all times by a law enforcement officer.**

**3.** *Care and Control Provisions.*

❑ It is in the best interest of the minor children that care and control of these children be awarded to
_____ (name of person)  until the next hearing.  At that hearing, the Court will determine who should receive temporary care and control of the minor children for up to one year.

**4.** *Issues Concerning Children. (Parenting Time and Decision-Making Responsibilities)*

❑ Restrained Person is granted Parenting Time with the minor children.

❑ Parenting Time and Decision-Making Responsibilities will be considered at the Permanent Protection Orders Hearing or at the next Hearing.

❑ Parenting Time expires on _____ (next hearing date) and shall be as follows:

EXHIBIT B

**Case Name**  _____ v. _____ **Case Number:** _____

☐ Interim Decision-Making Responsibilities expire on _____ (next hearing date) and shall be as follows:
  ☐ _____ (name of person) shall have sole Decision-Making Responsibilities.
  ☐ The parties shall jointly share Decision-Making Responsibilities.
  ☐ Other as set forth in "Other Provisions" section 5.
☐ Parenting Time and Decision-Making Responsibilities shall be as previously ordered by the _____ District Court, Case #_____.

### 5. *Other Provisions.*

☐ A Temporary Injunction is hereby entered by this Court that restrains the Restrained Person from ceasing to make payments for mortgage or rent, insurance, utilities or related services, transportation, medical care, or child care when the Restrained Person has a prior existing duty or legal obligation to make such payments or from transferring, encumbering, concealing, or in any way disposing of personal effects or real property, except in the usual course of business or for the necessities of life and requires the Restrained Person to account to the court for all extraordinary expenditures made after the injunction is entered.

☐ The Restrained Person shall not possess and/or purchase a firearm, ammunition, or other weapon.

☐ The Court waives all fees and no fees for service should be assessed pursuant to §13-14-109(1)(2), C.R.S.

☒ Fees shall be paid by the ☒ Petitioner ☐ Respondent.

☐ Arrangements for possession and care of an animal are as follows:

_____
_____

☒ The Restrained Person shall not interfere with the Protected Person at the person's place of employment or place of education and shall not engage in conduct that impairs the Protected Person's employment, educational relationships, or environment.

☒ It is further ordered that: Nothing in this order is intended as a prior restraint on protected speech.

~~Restrained person not contact or attempt contact with Protected person's minor children or spouse~~

Date: __June 23, 2022_____    _____
                                   ☒ Judge ☐ Magistrate
                                   Neiley, J.
                                   _____
                                   Print Name of Judicial Officer

By signing, I acknowledge receipt of this Order or ☐ Restrained Person is not present in courtroom.

Date: _____    _____
                                 Signature

I certify that this is a true and complete copy of the original order.

Date: _____    _____
                                 Clerk

EXHIBIT B

**Law enforcement shall use all reasonable means to enforce this Protection Order.**

EXHIBIT B

# IMPORTANT INFORMATION ABOUT PROTECTION ORDERS

## GENERAL INFORMATION
- This Order or injunction shall be accorded full faith and credit and be enforced in every civil or criminal court of the United States, Indian Tribe or United States Territory pursuant to 18 U.S.C. §2265. This Court has jurisdiction over the parties and the subject matter.
- Pursuant to 18 U.S.C. §922(g)(8), it is unlawful for any person to possess or transfer a firearm who is subject to a court order that restrains such person from harassing, stalking or threatening an intimate partner of such person or a child of such intimate partner or person, or engaging in other conduct that would place an intimate partner in reasonable fear of bodily injury to the partner or child.

## NOTICE TO RESTRAINED PERSON
- You are directed to appear before this Court on the date shown on the front of this form to show cause, if any exists, why this Temporary Protection Order should not be made permanent.
- This Temporary Protection Order shall be made permanent without further notice or service or the Court may continue the Temporary Protection Orders to a date certain. You are notified that the Permanent Civil Protection Order shall remain in effect until further order of the Court. Such Permanent Order will subject you to Federal Laws restricting firearms possession and sale 18 U.S.C., §922(g)(8), §924(a)(2).
- A violation of a Protection Order may be a misdemeanor, municipal ordinance violation or a delinquent act (if committed by a juvenile) and is a deportable offense. Anyone over the age of eighteen who violates this order may be subject to fines and jail time. Violation of this Order may constitute contempt of court. Anyone under the age of 18 who violates this Order may be subject to commitment to the Department of Human Services for up to two years.
- You may be arrested or taken into custody without notice if a law enforcement officer has probable cause to believe that you have violated this Order.
- If you violate this Order thinking that the Protected Person or anyone else has given you permission, **you are wrong**, and can be arrested and prosecuted. The terms of this Order cannot be changed by agreement of the parties. **Only the Court can change this Order.**
- Possession of a firearm while this Protection Order is in effect may constitute a Felony under Federal Law, 18 U.S.C. §922(g)(8).

## NOTICE TO PROTECTED PERSON
- You are hereby informed that if this Order is violated you may call law enforcement.
- **You may initiate contempt proceedings against the Restrained Person if the Order is issued in a civil action or request the prosecuting attorney to initiate contempt proceedings if the Order is issued in a criminal action.**
- You cannot give the Restrained Person permission to change or ignore this Order in any way. **Only the Court can change this Order.**
- If you receive a return of service form from law enforcement, you must file it with the court.

## NOTICE TO LAW ENFORCEMENT OFFICERS
- If the Order has not been personally served, the law enforcement officer responding to a call of assistance shall serve a copy of said Order on the person named/Restrained Person therein and shall write the time, date, and manner of service on the Protected Persons' copy of such Order and shall sign such statement. (§13-14-107(2 – 3), C.R.S.) The officer will provide the Protected Person or the Court with a completed return of service form.
- You shall use every reasonable means to enforce this Protection Order.
- You shall arrest or take into custody, or if an arrest would be impractical under the circumstances, seek a warrant for the arrest of the Restrained Person when you have information amounting to probable cause that the Restrained Person has violated or attempted to violate any provision of this Order subject to criminal sanctions pursuant to §18-6-803.5, C.R.S. or municipal ordinance and the Restrained Person has been properly served with a copy of this Order or the Restrained Person has received actual notice of the existence and substance of such Order.
- You shall enforce this Order even if there is no record of it in the Protection Order Central Registry.
- You shall take the Restrained Person to the nearest jail or detention facility.
- You are authorized to use every reasonable effort to protect the Protected Persons to prevent further violence.
- You may transport, or arrange transportation to a shelter for the Protected Persons.

EXHIBIT B

| | |
|---|---|
| ❏Municipal Court ☒County Court ❏District Court ❏Denver Juvenile ❏Denver Probate<br>Garfield County, Colorado<br>Court Address: 109 8th street<br>Glenwood Springs, CO 801601<br><br>_____<br>Petitioner: Lauren Boebert<br><br>v.<br><br>Respondent: David Wheeler | ▲   **COURT USE ONLY**   ▲<br>Case Number:<br><br>16 Character #:<br>_____<br><br>Division         Courtroom |
| **CITATION AND TEMPORARY CIVIL PROTECTION ORDER ISSUED PURSUANT TO §13-14-104.5, C.R.S., RETURN OF SERVICE** | |

I declare under oath that I am 18 years of age or older and not a party to the action and that I served the Verified Complaint/Motion for Civil Protection Order and the Citation and Temporary Protection Order on the ❏ Petitioner ❏ Respondent in _____ (County) _____ (State) on _____ (date) _____ (time) at the following location:

_____


❏ By handing it to a person identified to me as the ❏ Petitioner ❏ Respondent.

❏ By leaving it with the ❏ Petitioner ❏ Respondent who refused service.

❏ By leaving it with _____ (Type or write name legibly) who is designated to receive service for the ❏ Petitioner ❏ Respondent because of the following relationship: _____ as provided for in C.R.C.P. 4(e).

❏ I attempted to serve the ❏ Petitioner ❏ Respondent _____ occasions but have not been able to locate the ❏ Petitioner ❏ Respondent. Return to the ❏ Petitioner ❏ Respondent is made on _____ (date).

❏ Private process server
❏ Sheriff, _____County
   Fee $ _____ Mileage $ _____
❏ Fee waived, Domestic Violence Protection Order.

_____
Signature of Process Server

_____
Name (Print or type)

My Commission Expires: _____

_____
Notary Public/Deputy Clerk         Date