# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No.: 1:23-cv-01463

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and DAVID B. WHEELER, an individual, North Carolina resident;
Plaintiffs

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and JOHN DOES (1-25);
Defendants.

_____

## STIPULATION TO VOLUNTARILY DISMISS WITH PREJUDICE
_____

COME NOW Plaintiffs AMERICAN MUCKRAKERS PAC, INC., and DAVID B. WHEELER, by and through their undersigned counsel and Defendant, LAUREN OPAL BOEBERT, by and through her undersigned counsel to respectfully submit this *Stipulation to Voluntarily Dismiss with Prejudice* the above-captioned matter pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) and state the following:

1. The above-captioned Plaintiff and Defendant have executed a settlement agreement, and stipulate the above-captioned matter be dismissed with prejudice.

2. The Parties shall each pay their own attorneys' fees and costs incurred in this matter.

RESPECTFULLY SUBMITTED this July 8, 2024.

        **FIRST & FOURTEENTH PLLC**
        By:

        */s/ Andrew Nussbaum*
        Andrew Nussbaum
        *Attorney for Defendant*

1

2

**ERNST LEGAL GROUP, LLC**
By:

*/s/ Dan Ernst*
Dan Ernst, #53438
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 8, 2024, the foregoing was filed electronically through the court's CM/ECF system, causing all parties or counsel to be served by electronic means.

*/s/ Dan Ernst*
Dan Ernst, Esq.