UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
Judge Regina M. Rodriguez

Civil Action No.  1:23-cv-01463

AMERICAN MUCKRAKERS PAC, INC., a foreign entity, and DAVID B. WHEELER, an individual, North Carolina resident;

    Plaintiffs

v.

LAUREN OPAL BOEBERT, an individual and Colorado resident, and JOHN DOES (1-25);

    Defendants.

## ORDER FOR DISMISSAL

THIS MATTER having come before the Court on the parties' STIPULATED MOTION TO VOLUNTARILY DISMISS WITH PREJUDICE, pursuant to Fed. R. Civ.  P. 41(a)(1)(A)(ii) and the Court being fully advised in the premises, it is hereby

ORDERED that the above-captioned matter is dismissed, with prejudice, with each party to bear its own attorneys' fees and costs.

ENTERED: July 8, 2024.

BY THE COURT:

_____
REGINA M. RODRIGUEZ
United States District Judge